Case 4:18-cv-01346   Document 24   Filed on 12/11/18 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
December 11, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Jeff T. O'Loughlin, | § § § | |
| Plaintiff | § § | |
| vs. | § § | CIVIL ACTION NO. 4:18-CV-01346 |
| Alpine Site Services, Inc., | § § § | |
| Defendant. | § § § | |

## ORDER

Before the Court is the Parties' Joint Stipulation for Dismissal. Having reviewed the Stipulation, the Court is of the opinion that it should be granted.

IT IS THEREFORE ORDERED that all claims between the Parties are DISMISSED WITH PREJUDICE and that this action is DISMISSED WITH PREJUDICE.

ENTERED on this __11th__ day of __December__ 2018.

_____
UNITED STATES DISTRICT JUDGE

1